UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-cv-24829-KMM

TAL HILSON,

       Plaintiff,

vs.

JOANNA'S MARKETPLACE, INC., a Florida
corporation d/b/a JOANNA'S MARKETPLACE,

       Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Tal Hilson ("Plaintiff") and Defendant Joanna's Marketplace Inc. d/b/a Joanna's Marketplace ("Joanna's"), by and through their respective undersigned counsel, jointly advise the Court that the parties have agreed in principle to a settlement and are finalizing settlement documents. The parties expect to finalize the settlement documents within twenty (20) days hereof, and anticipate filing a Joint Stipulation of Dismissal with Prejudice after the Settlement Agreement is executed in full.

May 13, 2015
Respectfully submitted,

| **MARK D. COHEN, P.A.** | **K&L GATES LLP** |
|---|---|
| *Attorneys for Plaintiff Tal Hilson* | *Attorneys for Defendant Joanna's Marketplace Inc.* |
| Presidential Circle, Suite 435 So. | Southeast Financial Center |
| 4000 Hollywood Boulevard | 200 S. Biscayne Boulevard, 39th Floor |
| Hollywood, FL 33021 | Miami, Florida 33131 |
| Telephone: (954) 962-1166 | Telephone:  305-539-3300 |
| Facsimile: (954) 962-1779 | Facsimile:   305-358-7095 |
| By: /s/ Mark D. Cohen_____ | By: /s/ Stephanie N. Moot_____ |
| MARK D. COHEN | CAROL C. LUMPKIN |
| Florida Bar. No. 347345 | Florida Bar No. 797448 |
| Email:  mdcohenpa@yahoo.com | carol.lumpkin@klgates.com |
|  | STEPHANIE N. MOOT |
|  | Florida Bar No.  030377 |
|  | stephanie.moot@klgates.com |