UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-cv-24829-KMM

TAL HILSON,

       Plaintiff,

vs.

JOANNA'S MARKETPLACE, INC., a Florida
corporation d/b/a JOANNA'S MARKETPLACE,

       Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS *WITH PREJUDICE* AGAINST JOANNA'S MARKETPLACE, INC.

Plaintiff Tal Hilson ("Plaintiff") and Defendant Joanna's Marketplace Inc. d/b/a Joanna's Marketplace ("Joanna's"), by and through their respective undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the voluntary dismissal of this action with prejudice and that they have agreed to a settlement of all claims that were brought by Plaintiff against Joanna's in this action as follows:

1.     All claims that were brought by Plaintiff against Joanna's in this action are hereby dismissed with prejudice.

2.     Plaintiff and Joanna's agree that each side will bear their own respective costs and attorneys' fees.

3.     The parties respectfully request that the Court retain jurisdiction over this matter.

MI-481546 v1

Respectfully submitted,

| **MARK D. COHEN, P.A.** | **K&L GATES LLP** |
|---|---|
| *Attorneys for Plaintiff Tal Hilson* | *Attorneys for Defendant Joanna's Marketplace Inc.* |
| Presidential Circle, Suite 435 So. | Southeast Financial Center |
| 4000 Hollywood Boulevard | 200 S. Biscayne Boulevard, 39th Floor |
| Hollywood, FL 33021 | Miami, Florida 33131 |
| Telephone: (954) 962-1166 | Telephone:  305-539-3300 |
| Facsimile: (954) 962-1779 | Facsimile:   305-358-7095 |
| By: /s/Mark D. Cohen<br>MARK D. COHEN<br>Florida Bar. No. 347345<br>Email:  mdcohenpa@yahoo.com | By: /s/ Stephanie N. Moot<br>     CAROL C. LUMPKIN<br>     Florida Bar No. 797448<br>     carol.lumpkin@klgates.com<br>     STEPHANIE N. MOOT<br>     Florida Bar No.  030377<br>     stephanie.moot@klgates.com |
| Date:  This 14th day of May 2015 | Date:  This 14th day of May 2015 |